and *C. E. Brace,* Assistant Attorneys General, for petitioner. *Mr. F. E. McCurdy* for respondent.

No. 177. LEDBETTER, ADMINISTRATOR, ET AL. *v.* FARMERS BANK & TRUST Co. ET AL.   October 9, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Whiteford S. Blakeney* and *George S. Steele* for petitioners. *Messrs. M. G. Wallace* and *Robert H. Dye* for respondents.

No. 179. THOMPSON, TRUSTEE OF THE MISSOURI PACIFIC RAILROAD Co., *v.* GODSY.   October 9, 1944.   Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Thomas J. Cole, A. Z. Patterson,* and *DeWitt C. Chastain* for petitioner. *Mr. Emmet H. Gamble* for respondent.

No. 183. MARINO ET AL. *v.* UNITED STATES.   October 9, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Bertram Wegman* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl, W. Marvin Smith,* and *Leon Ulman* for the United States.

No. 186. LAND *v.* BASS ET AL.   October 9, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Claude L. Gray* for petitioner.